eral court from ordering state officials to conform conduct to state law); *Morstad v. Dep't of Corr. & Rehab.*, 147 F.3d 741, 743–44 (8th Cir.1998) (Eleventh Amendment immunity bars § 1983 lawsuit against state official in official capacity even if state entity is moving force behind deprivation of federal rights); *Murphy v. Arkansas*, 127 F.3d 750, 754 (8th Cir.1997) (without clear statement that officials are being sued in personal capacities, complaint is interpreted as including only official-capacity claims).

Accordingly, we affirm. *See* 8th Cir. R. 47B. However, we modify the dismissal of the state-law malpractice claim—over which the district court implicitly refused to exercise jurisdiction, *see Franklin v. Zain*, 152 F.3d 783, 784–86 (8th Cir. 1998)—to be a dismissal without prejudice, *Labickas v. Ark. State Univ.*, 78 F.3d 333, 334–35 (8th Cir.) (per curiam), *cert. denied*, 519 U.S. 968, 117 S.Ct. 395, 136 L.Ed.2d 310 (1996).

Byron Spears, Rochester, MN, pro se.

Wendell Geary Jaco, Kansas City, MO, for for Appellant.

William L. Meiners, Kansas City, MO, for Appellee.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Byron Spears appeals the district court's [1] judgment denying his 28 U.S.C. § 2255 motion to vacate his sentence. The sole issue presented—whether *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is retroactively applicable to final convictions on collateral review—has been resolved, and Spears's section 2255 motion is foreclosed. *See Never Misses A Shot v. United States*, 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam). Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Byron SPEARS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 05–1164.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 19, 2005.

Decided Oct. 26, 2005.

**UNITED STATES of America, Appellee,**

v.

**Ernest Alphonzo WILCOX, Appellant.**

**No. 04–3275.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2005.

Decided: Oct. 27, 2005.

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.